Bernard Majewski, Individually and as Trustee Under a Certain Trust Deed Recorded as Document Number 16167039, Plaintiff-Appellee, v. Vincent James Gallina, Marion Kogut, Individually and d/b/a M. K. Realty, Supreme Savings and Loan Association, M. Luparello, G. Petersen and Frank Rusin, Defendants.
On Appeal of Vincent James Gallina and Frank Rusin, Defendants-Appellants.

Gen. No. 47,267.

First District, Second Division.
October 7, 1958.
Released for publication October 23, 1958.

Melvin B. Lewis, for James Gallina and Frank Rusin, defendants-appellants; Stanley Werdell and Edward A. Bogucki, for Bernard Majewski, plaintiff-appellee. Opinion by JUSTICE KILEY. Not to be published in full.